| | |
|---|---|
| 1 | EDITH A. THOMAS, ESQ.  SBN: 220820 |
| 2 | 214 North Ridge Drive, Suite B, Fallbrook, CA 92028<br>Telephone: (888) 349-3940; Fax: (760) 728-9518 |
| 3 | edithomas1@aol.com |
| 4 | Attorneys for Defendant<br>DÉJÀ VU CONSULTING, INC. |

1  EDITH A. THOMAS, ESQ.  SBN: 220820
   214 North Ridge Drive, Suite B, Fallbrook, CA 92028
2  Telephone: (888) 349-3940; Fax: (760) 728-9518
3  edithomas1@aol.com
   Attorneys for Defendant
4  DÉJÀ VU CONSULTING, INC.

5  MICHAEL B. MARGOLIS, ESQ.  SBN: 087785
   LINDA M. TOUTANT, ESQ.  SBN: 158866
6  MARGOLIS & MORIN LLP
7  444 South Flower Street, 6th Floor, Los Angeles, CA 90071
   Telephone: (213) 683-0300; Fax: (213) 683-0303
8  margolis@winlaw.com; toutant@winlaw.com
   Attorneys for Defendants
9  CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO LLC
10 dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S LLC dba ROARING 20'S;
   SAN FRANCISCO GARDEN OF EDEN LLC dba GARDEN OF EDEN; and SAW
11 ENTERTAINMENT LTD. dba LARRY FLINT'S HUSTLER CLUB

12 DOUGLAS J. MELTON, ESQ.  SBN: 161353
   LONG & LEVIT LLP
13 465 California Street, Suite 500, San Francisco, CA  94104
14 Telephone: (415) 397-2222; Fax: (415) 397-6392
   dmelton@longlevit.com
15 Attorneys for Defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO LLC dba LITTLE
   DARLINGS; GOLD CLUB – SF LLC dba GOLD CLUB; BIJOU MARKET LLC dba MARKET
16 STREET CINEMA; BIJOU MARKET LLC dba LA GALS; BIJOU CENTURY LLC dba NEW
17 CENTURY; BIJOU STRAND LLC dba STRAND THEATER; and BT CALIFORNIA LLC dba
   SHOWGIRLS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| KIMBERLY JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DÉJÀ VU, INC., et al.,<br><br>Defendants. | Case No. C-05-0997 BZ<br><br>**DECLARATION OF DOUGLAS MELTON IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>[Complete List Of Opposing Papers:<br>1. Opposition;<br>2. Declaration of Douglas Melton;<br>3. Evidentiary Objections to Declaration of Gregory Walston; and<br>4. [Proposed] Order Denying Motion to Seal.]<br><br>Date:  May 4, 2005<br>Time:  10:00 a.m.<br>Dept:  G |

DECL. OF DOUGLAS MELTON IN SUPPORT OF DEFENDANTS' JOINT
OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

Case No. C-05-0997 BZ

# DECLARATION OF DOUGLAS MELTON

I, Douglas Melton, declare:

1. I am an attorney licensed to practice before this Court and am counsel of record for Defendants Déjà Vu Showgirls of San Francisco LLC dba Little Darlings; Gold Club – SF LLC dba Gold Club; Bijou Market LLC dba Market Street Cinema; Bijou Market LLC dba LA Gals; Bijou Century LLC dba New Century; Bijou Strand LLC dba Strand Theater; and BT California LLC dba Showgirls.

2. I make this Declaration in Support of Defendants' Joint Opposition to Plaintiffs' Administrative Motion to Seal.

3. On April 1, 2005, I attended a conference call meeting with all counsel wherein the issue of protecting Plaintiffs' privacy was discussed. It did not pertain to Plaintiffs' desire to submit documents under seal. That issue has never been discussed between the parties.

4. On April 1, 2005, I understood that the parties had agreed in principle to a stipulated protective order which would protect Plaintiffs' privacy interests. However, no actual stipulation was reached.

5. On April 15, 2005, without any discussion among counsel, Plaintiff served an ex parte Motion for an order shortening time to hear a Motion to Seal, together with a Motion for Preliminary Injunction and Motion for Class Certification. To date, no responsive pleadings have been filed and no early meeting of counsel has been conducted.

6. On March 23, 2005, the parties entered a Stipulation Re Procedure for Resolution of Retaliation Claims, a true and correct copy of which I attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct of my own personal knowledge, and that if called upon to do so I would competently testify to the facts stated herein, and that I executed this Declaration on April 25, 2005 at San Francisco, California.



Doug Melton

DOCS\S0301-035\497235.V1

EXHIBIT A

DOUGLAS J. MELTON  State Bar #161353
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222  FAX: (415) 397-6392
dmelton@longlevit.com

Attorneys for Defendant
GOLD CLUB-SF, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JONES, JANE ROE NUMBER ONE, JANE ROE NUMBER TWO, JANE ROE NUMBER THREE, JANE ROE NUMBER FOUR, and JANE ROE NUMBER FIVE, and all similarly situated,<br><br>        Defendant,<br><br>    vs.<br><br>DEJA VU, INC., DEJA VU CONSULTING, INC., HUNGRY I, CHOWDER HOUSE, INC., LA GALS, CENTERFOLDS, DEJA VU SHOWGIRLS OF SAN FRANCISCO, LLC, ROARING 20'S, ROARING 20'S, LLC, CENTURY THEATER, CENTURY THEATRES, INC., GOLD CLUB, GOLD CLUB-SF, LLC, GARDEN OF EDEN, GARDEN OF EDEN, LLC, LITTLE DARLINGS, LITTLE DARLINGS OF SAN FRANCISCO, LLC, LARRY FLYNT'S HUSTLER CLUB, S.A.W. ENTERTAINMENT LIMITED, BROADWAY SHOWGIRLS, ALTERNATIVE ENTERTAINMENT, INC., STRAND THEATER, KINGSMARK GROUP, MARKET STREET CINEMA, DOES ONE THROUGH 1000, INCLUSIVE,,<br><br>        Defendants. | CASE No. **C-05-0997 BZ**<br><br>**CONFIDENTIAL STIPULATION RE: PROCEDURE FOR RESOLUTION OF RETALIATION CLAIMS** |

1. The following defendants are parties to this Stipulation (hereinafter referred to individually as a "Defendant Party" and collectively as "Defendant Parties"): CHOWDERHOUSE, INC., (sued as "CHOWDER HOUSE, INC.") dba HUNGRY I; DÉJÀ VU – SAN FRANCISCO, LLC (sued as DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO LLC) dba CENTERFOLDS; GOLD CLUB-SF, LLC dba GOLD CLUB; SAN FRANCISCO GARDEN OF EDEN, LLC (sued as GARDEN OF EDEN, LLC) dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD. (sued as "S.A.W. ENTERTAINMENT LIMITED") dba LARRY FLYNT'S HUSTLER CLUB; and SAN FRANCISCO ROARING 20s, LLC (sued as ROARING 20'S, LLC) dba ROARING 20's. The following plaintiffs are parties to this Stipulation (hereinafter referred to individually as a "Plaintiff Party" and collectively as "Plaintiff Parties"): KIMBERLY JONES; JANE ROE NUMBER ONE; JANE ROE NUMBER TWO; JANE ROE NUMBER THREE; JANE ROE NUMBER FOUR; JANE ROE NUMBER FIVE; and any other member of the purported class with whom plaintiffs' counsel has established, or may in the future establish, an attorney-client relationship with respect to the claims in this litigation provided that plaintiff's counsel gives notice to all defense counsel of the existence of such relationship and the identity of such client. (The Defendant Parties and Plaintiff Parties are hereinafter sometimes referred to collectively as "The Parties.")

2. The Parties, through their respective counsel, hereby stipulate and agree to the procedures set forth below which shall be the exclusive procedures in this action through which any claim of unlawful retaliation by any Plaintiff Party against any Defendant Party shall be (a) asserted; (b) investigated; and (c) resolved or adjudicated. The individual plaintiffs, however, do not waive their rights to bring a separate action for retaliation in the appropriate court.

3. The Parties and their respective counsel understand and agree that the Stipulation is confidential and shall not be disclosed to any person who is not a party to this case (and "party" does not include purported members of the proposed class with whom plaintiffs' counsel does not have a direct attorney-client relationship) or who is not counsel, or an employee or consultant of counsel, to a party in this case.

4. Any application by any Plaintiff Party for employment at any Defendant Party

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION REGARDING PROCEDURE FOR RESOLUTION OF RETALIATION CLAIMS (No. C 05 0997 SZ)

shall be presented by plaintiff's counsel to counsel of record for the club where employment is sought, who will attempt to have the application for employment processed within 48 hours of its receipt. Both counsel will cooperate in arranging any related activities that may be necessary for the processing of the application (e.g., a routine interview).

5.  Any claim of retaliation by any Plaintiff Party, whether arising from the processing of an employment application or a perceived change in working terms or conditions, including but not limited to termination, shall be presented in writing by plaintiffs' counsel to counsel of record for the club where the alleged retaliation occurred. Counsel of record for the club will, within 48 hours thereafter, investigate the claim and give written notice to plaintiff's counsel that either (a) the club contends the retaliation claim lacks merit and will not change the challenged action, or (b) the club agrees to modify, remediate or reverse the allegedly retaliatory action (but such an agreement shall not constitute an admission by the club that the retaliation claim had merit).

6.  If the retaliation claim is not thereby resolved to the satisfaction of plaintiffs' counsel, plaintiffs' counsel may file on shortened time a motion for an injunction reversing the alleged retaliatory action. Such a motion shall be made with no fewer than seven (7) court days' notice and shall be supported by a declaration showing the Plaintiff Party's compliance with this stipulation. Any opposition to such motion shall be filed no fewer than three (3) court days before the hearing. Any reply brief will be filed no fewer than two (2) court days before the hearing.

7.  The deadlines set forth in paragraphs 5 and 6 may be extended by agreement confirmed in writing between plaintiffs' counsel and counsel of record for the club where the allegedly retaliatory action occurred. Consent to entering such an agreement shall not be unreasonably withheld.

8.  The party prevailing on such motion for injunction shall be entitled to recover reasonable attorney's fees (but not including any attorneys' fees incurred by clubs or entertainers not involved in the alleged retaliation) incurred in bringing or opposing the motion for injunction, the amount of which will be set forth in a declaration filed with the Court.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION REGARDING PROCEDURE FOR RESOLUTION OF RETALIATION CLAIMS (No. C 05 0997 SZ)

9. All Parties understand and agree that by entering into this Stipulation the Defendant Parties do not waive, and expressly reserve, any and all rights to seek: (1) an Order requiring binding arbitration of any and all of plaintiffs' claims asserted in this action; and /or (2) dismissal of all claims by the anonymous plaintiffs or other relief premised on the anonymous plaintiffs' refusal to disclose their identities.

10. All Parties understand and agree that Defendants who are not currently parties to this stipulation may later join in it.

SO STIPULATED.

Date: March ___, 2005

_____
MIKE MARGOLIS
Counsel for CHOWDERHOUSE, INC., dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC dba CENTERFOLDS; SAN FRANCISCO GARDEN OF EDEN, LLC dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD dba LARRY FLYNT'S HUSTLER CLUB; SAN FRANCISCO ROARING 20s LLC dba ROARING 20's

Dated: March 24, 2005

_____
DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD CLUB

Dated: March ___, 2005

_____
GREGORY S. WALSTON
Counsel for Plaintiffs

DOCS\Z8000-800\495619.V3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

9. All Parties understand and agree that by entering into this Stipulation the Defendant Parties do not waive, and expressly reserve, any and all rights to seek: (1) an Order requiring binding arbitration of any and all of plaintiffs' claims asserted in this action; and /or (2) dismissal of all claims by the anonymous plaintiffs or other relief premised on the anonymous plaintiffs' refusal to disclose their identities.

10. All Parties understand and agree that Defendants who are not currently parties to this stipulation may later join in it.

SO STIPULATED.

Date: March 23, 2005

_____
MIKE MARGOLIS
Counsel for CHOWDERHOUSE, INC., dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC dba CENTERFOLDS; SAN FRANCISCO GARDEN OF EDEN, LLC dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD dba LARRY FLYNT'S HUSTLER CLUB; SAN FRANCISCO ROARING 20s LLC dba ROARING 20's

Dated: March ___, 2005

_____
DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD CLUB

Dated: March ___, 2005

_____
GREGORY S. WALSTON
Counsel for Plaintiffs

DOCS\Z8000-800\495619.V3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION REGARDING PROCEDURE FOR RESOLUTION OF RETALIATION CLAIMS (No. C 05 0997 SZ)

9. All Parties understand and agree that by entering into this Stipulation the Defendant Parties do not waive, and expressly reserve, any and all rights to seek: (1) an Order requiring binding arbitration of any and all of plaintiffs' claims asserted in this action; and /or (2) dismissal of all claims by the anonymous plaintiffs or other relief premised on the anonymous plaintiffs' refusal to disclose their identities.

10. All Parties understand and agree that Defendants who are not currently parties to this stipulation may later join in it.

SO STIPULATED.

Date: March ___, 2005

_____
MIKE MARGOLIS
Counsel for CHOWDERHOUSE, INC., dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC dba CENTERFOLDS; SAN FRANCISCO GARDEN OF EDEN, LLC dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD dba LARRY FLYNT'S HUSTLER CLUB; SAN FRANCISCO ROARING 20s LLC dba ROARING 20's

Dated: March ___, 2005

_____
DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD CLUB

Dated: March 24, 2005

_____
GREGORY S. WALSTON
Counsel for Plaintiffs

DOCS\Z8000-800\495619.V3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION REGARDING PROCEDURE FOR RESOLUTION OF RETALIATION CLAIMS (No. C 05 0997 SZ)