UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JONES,<br><br>       Plaintiff(s),<br><br>  v.<br><br>DEJA VU, INC., et al.,<br><br>       Defendant(s). | No. C 05-0997 BZ<br><br>**RULINGS ON DEFENDANTS' EVIDENTIARY OBJECTIONS** |

**IT IS HEREBY ORDERED** that all of defendants' evidentiary objections to plaintiffs' declarations are **OVERRULED.**

Dated:  June 30, 2005

                      /s/ Bernard Zimmerman
                          Bernard Zimmerman
                   United States Magistrate Judge

G:\BZALL\-BZCASES\DEJA VU\EVIDENTARYOBJECTIONS.RULING2.wpd

1