1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   KIMBERLY JONES,            )
                               )
9          Plaintiff(s),       )      No. C 05-0997 BZ
                               )
10     v.                      )      **ORDER ON DEFENDANTS'**
                               )      **MOTION TO DISMISS**
11  DEJA VU, INC., et al.,     )      **"SUBCLASS TWO" CLAIMS**
                               )
12         Defendant(s).       )
    _____)

13

14       In light of my June 30, 2005 Order on Motions of

15  Defendants Chowder House, Inc. and Saw Entertainment, Ltd.

16  to Compel Arbitration and my July 1, 2005 Order With

17  Respect to Roe 7, defendants' motion to dismiss plaintiffs'

18  "Subclass Two" causes of action premised on violations of

19  the California Labor Code and causes of action for common

20  law fraud and retaliatory discharge is **DENIED** without

21  prejudice.  See Chiron Corp. v. Ortho Diagnostic Sys.,

22  Inc., 207 F.3d 1126, 1130 (9th Cir. 2000) (noting that

23  decisions regarding the merits of a claim and any defenses

24  are left to the arbitrator).

25  Dated:  July 1, 2005

26                        /s/Bernard Zimmerman
                          Bernard Zimmerman
27                   United States Magistrate Judge

28  G:\BZALL\-BZCASES\DEJA VU\SUBCLASS.TWO.wpd

                              1