```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


KIMBERLY JONES,              )
                             )
          Plaintiff(s),      )   No. C 05-0997 BZ
                             )
     v.                      )   ORDER ON JOINT MOTIONS TO
                             )   DISMISS ALL CLAIMS AGAINST
DEJA VU, INC., et al.,       )   VARIOUS DEFENDANTS BASED ON
                             )   LACK OF ARTICLE III STANDING
          Defendant(s).      )
                             )
```

Various defendants[1] have moved to dismiss all of plaintiffs' claims based on lack of Article III standing.[2] **IT IS HEREBY ORDERED** that to the extent defendants' motion addresses claims one through five, defendants have failed to establish that the owners of the Lusty Lady lack standing, and their motion is **DENIED**.

---

[1] The moving defendants include: San Francisco Roaring 20's LLC, San Francisco Garden of Eden LLC dba Garden of Eden, Gold Club - SF LLC dba Gold Club, Bijou Market LLC dba Market Street Cinema, Bijou Market LLC dba LA Gals, Bijou Century LLC dba New Century, BT California LLC dba Showgirls, and Déjà Vu Consulting, Inc. (hereinafter "defendants").

[2] All parties have consented to the jurisdiction of a United States Magistrate Judge for all proceedings including entry of final judgment pursuant to 28 U.S.C. § 636(c).

1

**IT IS FURTHER ORDERED** that to the extent defendants' motion addresses claims six through nineteen, it is **DENIED** without prejudice to being renewed before the arbitrator.  See June 30, 2005 Order on Motions of Defendants Chowder House, Inc. and Saw Entertainment, Ltd. to Compel Arbitration; July 1, 2005 Order With Respect to Roe 7.

Dated:  July 5, 2005

/s/ Bernard Zimmerman<br>
Bernard Zimmerman<br>
United States Magistrate Judge

G:\BZALL\-BZCASES\DEJA VU\STANDING.ORDER.wpd