UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY JONES, et al.,

    Plaintiffs,

  v.

DEJA VU CONSULTING, INC., et al.,

    Defendants.

No. C- 05-00997 BZ (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated July 5, 2005, the parties to this matter have requested the Settlement Conference scheduled for July 13, 2005 at 9:00 a.m. be continued. The parties are instructed to meet and confer and submit a letter brief advising this Court of an agreed time frame in late October or November 2005 to reschedule the Settlement Conference or submit a proposed alternative time frame and set forth the parties' reasons. The letter brief shall be submitted by July 22, 2005 and may be sent via facsimile to (415) 522-2002. The Settlement Conference scheduled for July 13, 2005 is VACATED.

Dated: July 7, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge