UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY JONES, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 05-0997 BZ |
| | ) | |
| v. | ) | **ORDER OVERRULING DEFENDANTS' OBJECTIONS TO INITIAL DISCLOSURE AND PRELIMINARY DISCOVERY PLAN** |
| | ) | |
| DEJA VU, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Having received defendants' objections to initial disclosure and preliminary discovery plan and plaintiffs' reply, **IT IS HEREBY ORDERED** that defendants' objections are overruled.  Initial disclosures and discovery on the claims that remain in this court shall proceed as scheduled.

Dated:  July 14, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DEJA VU\DISCLOSURE.ORD.wpd

1