1  EDITH A. THOMAS, ESQ. SBN: 220820
   214 North Ridge Drive, Suite B, Fallbrook, CA 92028
2  Telephone: (888) 349-3940; Fax: (760) 728-9518
3  edithomas1@aol.com
   Attorneys for Defendant DÉJÀ VU CONSULTING, INC.

4  MICHAEL B. MARGOLIS, ESQ. SBN: 087785
5  LINDA M. TOUTANT, ESQ. SBN: 158866
   MARGOLIS & MORIN LLP
6  444 South Flower Street, 6th Floor, Los Angeles, CA 90071
   Telephone: (213) 683-0300; Fax: (213) 683-0303
7  margolis@winlaw.com; toutant@winlaw.com
8  Attorneys for Defendants CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU - SAN
   FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S LLC dba
9  ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC dba GARDEN OF EDEN; and
   SAW ENTERTAINMENT LTD. dba LARRY FLYNT'S HUSTLER CLUB

10 DOUGLAS J. MELTON, ESQ. SBN: 161353
11 LONG & LEVIT LLP
   465 California Street, Suite 500, San Francisco, CA 94104
12 Telephone: (415) 397-2222; Fax: (415) 397-6392
   dmelton@longlevit.com
13 Attorneys for Defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO LLC dba LITTLE
   DARLINGS; GOLD CLUB – SF LLC dba GOLD CLUB; BIJOU MARKET LLC dba
14 MARKET STREET CINEMA; BIJOU MARKET LLC dba LA GALS; BIJOU CENTURY
   LLC dba NEW CENTURY; and BT CALIFORNIA LLC dba SHOWGIRLS
15
                    UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
17

18 | KIMBERLY JONES, et al.,          | Case No. C-05-0997 BZ
19 |      Plaintiffs,                  | STIPULATION AND [PROPOSED]
   |                                    | ORDER RE: DISCOVERY REPORT
20 |      vs.                          | AND RULE 26 DISCLOSURES
21 | DÉJÀ VU, INC., et al.,           |
22 |      Defendants.                  |

E-filing

Case No. C 05 0997 BZ

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY REPORT AND RULE 26 DISCLOSURES

1  It is hereby stipulated by and between all parties to this litigation, through their respective
2  counsel, that the deadline to file a Discovery Report and to complete initial disclosures pursuant
3  to Federal Rule of Civil Procedure Rule 26 will be July 29, 2005. This deadline will allow the
4  parties time to meet and confer and for the defendants to consider plaintiffs' Second Amended
5  Complaint in framing their Discovery Plan and disclosures.

6  Date: July 20, 2005

*[signature]*
LINDA TOUTANT
Counsel for CHOWDERHOUSE, INC., dba
HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC
dba CENTERFOLDS; SAN FRANCISCO
GARDEN OF EDEN, LLC dba GARDEN OF
EDEN; SAW ENTERTAINMENT, LTD dba
LARRY FLYNT'S HUSTLER CLUB; SAN
FRANCISCO ROARING 20s LLC dba ROARING
20's

12  Dated: July ___, 2005

DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD
CLUB, BIJOU MARKET, LLC dba LA GALS,
BIJOU-CENTURY, LLC dba NEW CENTURY,
LITTLE DARLINGS OF SAN FRANCISCO, LLC
dba LITTLE DARLINGS, BT CALIFORNIA, LLC
dba BROADWAY SHOWGIRLS, BIJOU-
MARKET, LLC dba MARKET STREET CINEMA

18  Dated: July ___, 2005

EDITH A. THOMAS
Counsel for DÉJÀ VU CONSULTING, INC.

21  Dated: July ___, 2005

GREGORY S. WALSTON
Counsel for Plaintiffs

24  Pursuant to Stipulation of the parties, it is so ordered.

25  Dated: July ___, 2005

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

DOCS\S0301-035\501053.V2

1

1  It is hereby stipulated by and between all parties to this litigation, through their respective
2  counsel, that the deadline to file a Discovery Report and to complete initial disclosures pursuant
3  to Federal Rule of Civil Procedure Rule 26 will be July 29, 2005. This deadline will allow the
4  parties time to meet and confer and for the defendants to consider plaintiffs' Second Amended
5  Complaint in framing their Discovery Plan and disclosures.

6  Date: July ___, 2005

_____
LINDA TOUTANT
Counsel for CHOWDERHOUSE, INC., dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC dba CENTERFOLDS; SAN FRANCISCO GARDEN OF EDEN, LLC dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD dba LARRY FLYNT'S HUSTLER CLUB; SAN FRANCISCO ROARING 20s LLC dba ROARING 20's

12  Dated: July 21, 2005

_____
DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD CLUB, BIJOU MARKET, LLC dba LA GALS, BIJOU-CENTURY, LLC dba NEW CENTURY, LITTLE DARLINGS OF SAN FRANCISCO, LLC dba LITTLE DARLINGS, BT CALIFORNIA, LLC dba BROADWAY SHOWGIRLS, BIJOU-MARKET, LLC dba MARKET STREET CINEMA

18  Dated: July ___, 2005

_____
EDITH A. THOMAS
Counsel for DÉJÀ VU CONSULTING, INC.

21  Dated: July ___, 2005

_____
GREGORY S. WALSTON
Counsel for Plaintiffs

24  Pursuant to Stipulation of the parties, it is so ordered.

25  Dated: July ___, 2005

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

DOCS\S0301-035\501053.V2

1

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY REPORT AND RULE 26 DISCLOSURES

It is hereby stipulated by and between all parties to this litigation, through their respective counsel, that the deadline to file a Discovery Report and to complete initial disclosures pursuant to Federal Rule of Civil Procedure Rule 26 will be July 29, 2005. This deadline will allow the parties time to meet and confer and for the defendants to consider plaintiffs' Second Amended Complaint in framing their Discovery Plan and disclosures.

Date: July ___, 2005

_____
LINDA TOUTANT
Counsel for CHOWDERHOUSE, INC., dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC dba CENTERFOLDS; SAN FRANCISCO GARDEN OF EDEN, LLC dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD dba LARRY FLYNT'S HUSTLER CLUB; SAN FRANCISCO ROARING 20s LLC dba ROARING 20's

Dated: July ___, 2005

_____
DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD CLUB, BIJOU MARKET, LLC dba LA GALS, BIJOU-CENTURY, LLC dba NEW CENTURY, LITTLE DARLINGS OF SAN FRANCISCO, LLC dba LITTLE DARLINGS, BT CALIFORNIA, LLC dba BROADWAY SHOWGIRLS, BIJOU-MARKET, LLC dba MARKET STREET CINEMA

Dated: July 15, 2005

_____
EDITH A. THOMAS
Counsel for DÉJÀ VU CONSULTING, INC.

Dated: July ___, 2005

_____
GREGORY S. WALSTON
Counsel for Plaintiffs

Pursuant to Stipulation of the parties, it is so ordered.

Dated: July ___, 2005

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

DOCS\S0301-035\S01053.V2

1

It is hereby stipulated by and between all parties to this litigation, through their respective counsel, that the deadline to file a Discovery Report and to complete initial disclosures pursuant to Federal Rule of Civil Procedure Rule 26 will be July 29, 2005. This deadline will allow the parties time to meet and confer and for the defendants to consider plaintiffs' Second Amended Complaint in framing their Discovery Plan and disclosures.

Date: July ___, 2005

_____
LINDA TOUTANT
Counsel for CHOWDERHOUSE, INC., dba HUNGRY I; DÉJÀ VU - SAN FRANCISCO, LLC dba CENTERFOLDS; SAN FRANCISCO GARDEN OF EDEN, LLC dba GARDEN OF EDEN; SAW ENTERTAINMENT, LTD dba LARRY FLYNT'S HUSTLER CLUB; SAN FRANCISCO ROARING 20s LLC dba ROARING 20's

Dated: July ___, 2005

_____
DOUGLAS J. MELTON
Counsel for GOLD CLUB-SF, LLC dba GOLD CLUB, BIJOU MARKET, LLC dba LA GALS, BIJOU-CENTURY, LLC dba NEW CENTURY, LITTLE DARLINGS OF SAN FRANCISCO, LLC dba LITTLE DARLINGS, BT CALIFORNIA, LLC dba BROADWAY SHOWGIRLS, BIJOU-MARKET, LLC dba MARKET STREET CINEMA

Dated: July ___, 2005

_____
EDITH A. THOMAS
Counsel for DÉJÀ VU CONSULTING, INC.

Dated: July 19, 2005

_____
GREGORY S. WALSTON
Counsel for Plaintiffs

Pursuant to Stipulation of the parties, it is so ordered.

Dated: Aug ___, 2005

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

DOCS\S0301-035\501053.V2

1

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY REPORT AND RULE 26 DISCLOSURES