UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY JONES, et al.,

    Plaintiffs,

    v.

DEJA VU, INC., et al.,

    Defendants.
_____/

No. C- 05-0997 BZ (EDL)

NOTICE AND ORDER SETTING
<u>SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference is scheduled for **November 10, 2005 at 9:00 a.m.** in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

On or before November 1, 2005, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of Court or served upon other parties. **All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect**.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 1, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge