1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  KIMBERLY JONES,              )
                                 )
12           Plaintiff(s),       )    No. C 05-0997 BZ
                                 )
13       v.                      )
                                 )    **BRIEFING ORDER**
14  DEJA VU, INC., et al.,       )
                                 )
15           Defendant(s).       )
                                 )
16
17       Before the court is defendants' Joint Ex-Parte Motion To
18  Amend Scheduling Order filed July 25, 2005, plaintiff's letter
    opposition dated July 29, 2005 and defendants' letter of even
19
    date.
20
         Having reviewed these papers, the court finds that
21
    defendants have not been diligent in preparing to oppose the
22
    pending motions.  Defendants have known of these motions for a
23
    long time.  The original "Request for Injunctive Relief" was
24
    filed March 9, 2005.  The original class certification motion
25
    was filed April 15, 2005.  The scheduling order from which
26
    defendants seek relief was entered May 27, 2005.  While those
27
    motions have been supplemented, both by briefs and
28

                                    1

1 declarations, in July, defendants have cited no reason why
2 they could not have taken some or all of the discovery by now.
3 At the same time, the court agrees that it would be more
4 prudent to defer consideration of class certification until
5 after the complaint has been settled.  **IT IS THEREFORE ORDERED**
6 as follows:
7     1.  Defendants' joint motion to amend the scheduling
8 order as to plaintiff's Motion for Preliminary Injunction is
9 **GRANTED** to the extent that defendants' opposition is now due
10 **August 15, 2005** and plaintiff's reply is now due **August 22,**
11 **2005**.  It is **DENIED** in all other respects.
12     2.  Defendants' motion with respect to class
13 certification issues is **GRANTED**.  The hearing presently
14 scheduled for September 7, 2005 on plaintiff's Motion for
15 Class Certification is **VACATED**.  The court will set a new
16 hearing once the complaint is settled.

17 Dated:  August 2, 2005

18                              _____
19                              Bernard Zimmerman
                                 United States Magistrate Judge

20 G:\BZALL\-BZCASES\DEJA VU\BRIEFING ORDER.WPD

2