GREGORY S. WALSTON, State Bar No. 196776
WILLIAMS WALSTON LLP
225 Bush Street, 16th Floor
San Francisco, California 94104
Tel: (415) 269-3208
Fax: (415) 474-7108

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JONES, et al. | Case No. C-05-0997 BZ |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| DÉJÀ VU INC., et al., | |
| Defendants. | |

Plaintiffs KIMBERLY JONES, MELESSA LEWIS, and JANE ROES NUMBERS ONE THROUGH NINE, and defendants DÉJÀ VU CONSULTING, INC., CHOWDER HOUSE, INC., doing business as HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC, doing business as CENTERFOLDS; SAN FRANCISCO ROARING 20'S LLC, doing business as ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC, doing business as GARDEN OF EDEN; SAW ENTERTAINMENT LTD., doing business as LARRY FLYNT'S HUSTLER CLUB; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO LLC, doing business as LITTLE DARLINGS; GOLD CLUB – SF LLC., doing business as GOLD CLUB; BIJOU MARKET LLC, doing business as MARKET STREET CINEMA; BIJOU MARKET LLC, doing business as LA GALS; BIJOU CENTURY LLC, doing business as NEW CENTURY; BIJOU STRAND LLC, doing business as STRAND THEATER; BT CALIFORNIA LLC, doing business as SHOWGIRLS, by and through their respective counsel, hereby stipulate as follows:

1        Plaintiffs' third amended complaint naming the Lusty Lady as an indispensable party

2   (which accompanies this stipulation) shall be filed.  Defendants reserve the right to renew their

3   motions to dismiss with respect to plaintiffs' claims under the Racketeer Influenced and Corrupt

4   Organizations Act, state tort principles, and any any other defenses the Court has not resolved.

5

6   Dated: August ___, 2005         _____

7                        LONG & LEVIT, LLP
                         By: Douglas J. Melton

8                        Counsel for defendants DÉJÀ VU SHOWGIRLS OF SAN

9                        FRANCISCO, dba LITTLE DARLINGS; BT
                         CALIFORNIA, dba BROADWAY SHOWGIRLS; GOLD

10                       CLUB – SF LLC, dba GOLD CLUB; BIJOU MARKET
                         LLC, dba MARKET STREET CINEMA, BIJOU MARKET

11                       LLC, dba LA GALS; and BIJOU CENTURY LLC, dba
                         NEW CENTURY THEATER

12

13

14  Dated: August___, 2005         _____
                         MARGOLIS & MARIN, LLP

15                       By: Michael B. Margolis

16                       Counsel for defendants CHOWDER HOUSE, INC. dba
                         HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC dba

17                       CENTERFOLDS; SAN FRANCISCO ROARING 20'S, dba
                         ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN

18                       LLC, dba GARDEN OF EDEN; and SAW
                         ENTERTAINMENT LTD, dba LARRY FLYNT'S

19                       HUSTLER CLUB

20

21  Dated: August ___, 2005        _____

22                       EDITH A. THOMAS
                         Attorney at Law

23                       Counsel for defendant DÉJÀ VU CONSULTING, INC.

24

25  Dated: August ___, 2005        _____
                         WILLIAMS WALSTON LLP

26                       By: Gregory S. Walston

27                       Counsel for plaintiffs KIMBERLY JONES, MELISSA
                         LEWIS, and ROES ONE THROUGH NINE

28
WILLIAMS WALSTON
225 Bush Street, 16th Fl.
Tel: (415) 269-3208
Fax: (415) 474-7108

- 2 -

Plaintiffs' third amended complaint naming the Lusty Lady as an indispensable party (which accompanies this stipulation) shall be filed. Defendants reserve the right to renew their motions to dismiss with respect to plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act, state tort principles, and any any other defenses the Court has not resolved.

Dated: August ___, 2005

LONG & LEVIT, LLP
By: Douglas J. Melton

Counsel for defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, dba LITTLE DARLINGS; BT CALIFORNIA, dba BROADWAY SHOWGIRLS; GOLD CLUB -- SF LLC, dba GOLD CLUB; BIJOU MARKET LLC, dba MARKET STREET CINEMA, BIJOU MARKET LLC, dba LA GALS, and BIJOU CENTURY LLC, dba NEW CENTURY THEATER

Dated: August ___, 2005

MARGOLIS & MORIN, LLP
By: Michael B. Margolis

Counsel for defendants CHOWDER HOUSE, INC, dba HUNGRY I; DÉJÀ VU -- SAN FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S, dba ROARING 20'S, SAN FRANCISCO GARDEN OF EDEN LLC, dba GARDEN OF EDEN; and SAW ENTERTAINMENT LTD. dba LARRY FLYNT'S HUSTLER CLUB

Dated: August ___, 2005

EDITH A. THOMAS
Attorney at Law

Counsel for defendant DÉJÀ VU CONSULTING, INC

Dated: August ___, 2005

WILLIAMS WALSTON LLP
By: Gregory S. Walston

Counsel for plaintiffs KIMBERLY JONES, MELISSA LEWIS, and ROES ONE THROUGH NINE

2

1     Plaintiffs' third amended complaint naming the Lusty Lady as an indispensable party

2 (which accompanies this stipulation) shall be filed. Defendants reserve the right to renew their

3 motions to dismiss with respect to plaintiffs' claims under the Racketeer Influenced and Corrupt

4 Organizations Act, state tort principles, and any any other defenses the Court has not resolved.

5

6 Dated: August 6, 2005

7                             LONG & LEVIT, LLP

8                             By: Douglas J. Melton

9                             Counsel for defendants DÉJÀ VU SHOWGIRLS OF SAN

10                             FRANCISCO, dba LITTLE DARLINGS; BT CALIFORNIA, dba BROADWAY SHOWGIRLS; GOLD CLUB – SF LLC, dba GOLD CLUB; BIJOU MARKET

11                             LLC, dba MARKET STREET CINEMA, BIJOU MARKET LLC, dba LA GALS; and BIJOU CENTURY LLC, dba

12                             NEW CENTURY THEATER

13

14 Dated: August ___, 2005

15                             MARGOLIS & MARIN, LLP

16                             By: Michael B. Margolis

17                             Counsel for defendants CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC dba

18                             CENTERFOLDS; SAN FRANCISCO ROARING 20'S, dba ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN

19                             LLC, dba GARDEN OF EDEN; and SAW ENTERTAINMENT LTD, dba LARRY FLYNT'S

20                             HUSTLER CLUB

21 Dated: August __, 2005

22                             EDITH A. THOMAS

23                             Attorney at Law

24                             Counsel for defendant DÉJÀ VU CONSULTING, INC.

25 Dated: August __, 2005

26                             WILLIAMS WALSTON LLP

27                             By: Gregory S. Walston

28                             Counsel for plaintiffs KIMBERLY JONES, MELISSA LEWIS, and ROES ONE THROUGH NINE

WILLIAMS WALSTON LLP
22s Bush Street, 17 FL
SF (415) 397-7024
Fax (415) 434-1106

1

## <u>ORDER</u>

2

     Pursuant to stipulation, it is so ordered.

3

4

Dated: _____August 10, 2005_____    _____

5

                                UNITED STATES MAGISTRATE JUDGE

6



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAMS WALSTON
225 Bush Street, 16th Fl.
Tel: (415) 269-3208
Fax: (415) 474-7108