GREGORY S. WALSTON, State Bar No. 196776
WILLIAMS WALSTON LLP
225 Bush Street, 16th Floor
San Francisco, California 94104
Tel: (415) 269-3208
Fax: (415) 474-7108

ATTORNEYS FOR PLAINTIFFS KIMBERLY JONES, MELISSA
LEWIS, JANE ROE NUMBER ONE, JANE ROE NUMBER TWO,
JANE ROE NUMBER THREE, JANE ROE NUMBER FOUR,
JANE ROE NUMBER SIX, and JANE ROE NUMBER SEVEN,
on behalf of themselves and all similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JONES, et al.<br><br>         Plaintiffs,<br><br>   v.<br><br>DÉJÀ VU INC., et al.,<br><br>         Defendants. | Case No. C-05-0997 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER** |

   Plaintiffs KIMBERLY JONES, MELESSA LEWIS, JANE ROE NUMBER ONE, and JANE ROES NUMBERS ONE THROUGH SEVEN, and defendants DÉJÀ VU CONSULTING, INC., CHOWDER HOUSE, INC., doing business as HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC, doing business as CENTERFOLDS; SAN FRANCISCO ROARING 20'S LLC, doing business as ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC, doing business as GARDEN OF EDEN; SAW ENTERTAINMENT LTD., doing business as LARRY FLYNT'S HUSTLER CLUB; DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO LLC, doing business as LITTLE DARLINGS; GOLD CLUB – SF LLC., doing business as GOLD CLUB; BIJOU MARKET LLC, doing business as MARKET STREET CINEMA; BIJOU MARKET LLC, doing business as LA GALS; BIJOU CENTURY LLC, doing business as NEW CENTURY; BIJOU STRAND LLC, doing business as STRAND THEATER; BT CALIFORNIA LLC, doing business as SHOWGIRLS, by and through their respective counsel, hereby stipulate as follows:

| | |
|---|---|
| 1 | redacted declarations filed in support of plaintiffs' pending motions for certification and a |
| 2 | preliminary injunction should be filed under seal. |
| 3 | |
| 4 | Dated: ~~July~~ August 4, 2005 |

_____
LONG & LEVIT, LLP
By: Douglas J. Melton

Counsel for defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, dba LITTLE DARLINGS; BT CALIFORNIA, dba BROADWAY SHOWGIRLS; GOLD CLUB – SF LLC, dba GOLD CLUB; BIJOU MARKET LLC, dba MARKET STREET CINEMA, BIJOU MARKET LLC, dba LA GALS; and BIJOU CENTURY LLC, dba NEW CENTURY THEATER

Dated: July __, 2005

_____
MARGOLIS & MARIN, LLP
By: Michael B. Margolis

Counsel for defendants CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S, dba ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC, dba GARDEN OF EDEN; and SAW ENTERTAINMENT LTD, dba LARRY FLYNT'S HUSTLER CLUB

Dated: July __, 2005

_____
EDITH A. THOMAS
Attorney at Law

Counsel for defendant DÉJÀ VU CONSULTING, INC.

Dated: August __, 2005

_____
WILLIAMS WALSTON LLP
By: Gregory S. Walston

Counsel for plaintiffs KIMBERLY JONES, MELISSA LEWIS, and ROES ONE THROUGH NINE

WILLIAMS WALSTON
225 Bush Street, 16th Fl.
Tel: (415) 269-3208
Fax: (415) 474-7108

Stipulation and Proposed Order

- 2 -

Jones v. Déjà Vu, Case No. C-05-0997 BZ

redacted declarations filed in support of plaintiffs' pending motions for certification and a preliminary injunction should be filed under seal.

Dated: July __, 2005

LONG & LEVIT, LLP
By: Douglas J. Melton

Counsel for defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, dba LITTLE DARLINGS; BT CALIFORNIA, dba BROADWAY SHOWGIRLS; GOLD CLUB – SF LLC, dba GOLD CLUB; BIJOU MARKET LLC, dba MARKET STREET CINEMA; BIJOU MARKET LLC, dba LA GALS; and BIJOU CENTURY LLC, dba NEW CENTURY THEATER

Dated: August 8, 2005

*[signature]*

MARGOLIS & MORIN, LLP
By: Michael E. Margolis

Counsel for defendants CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S, dba ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC, dba GARDEN OF EDEN; and SAW ENTERTAINMENT LTD. dba LARRY FLYNT'S HUSTLER CLUB

Dated: July __, 2005

EDITH A. THOMAS
Attorney at Law

Counsel for defendant DÉJÀ VU CONSULTING, INC.

Dated: July __, 2005

WILLIAMS WALSTON LLP
By: Gregory S. Walston

Counsel for plaintiffs KIMBERLY JONES, MELISSA LEWIS, and ROES ONE THROUGH NINE

redacted declarations filed in support of plaintiffs' pending motions for certification and a preliminary injunction should be filed under seal.

Dated: July __, 2005

_____
LONG & LEVIT, LLP
By: Douglas J. Melton

Counsel for defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO, dba LITTLE DARLINGS; BT CALIFORNIA, dba BROADWAY SHOWGIRLS; GOLD CLUB – SF LLC, dba GOLD CLUB; BIJOU MARKET LLC, dba MARKET STREET CINEMA; BIJOU MARKET LLC, dba LA GALS; and BIJOU CENTURY LLC, dba NEW CENTURY THEATER

Dated: July __, 2005

_____
MARGOLIS & MARIN, LLP
By: Michael B. Margolis

Counsel for defendants CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU – SAN FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S, dba ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC, dba GARDEN OF EDEN; and SAW ENTERTAINMENT LTD, dba LARRY FLYNT'S HUSTLER CLUB

Dated: July __, 2005

_____/s/ Edith A. Thomas_____
EDITH A. THOMAS
Attorney at Law

Counsel for defendant DÉJÀ VU CONSULTING, INC.

Dated: July __, 2005

_____
WILLIAMS WALSTON LLP
By: Gregory S. Walston

Counsel for plaintiffs KIMBERLY JONES, MELISSA LEWIS, and ROES ONE THROUGH NINE

# **ORDER**

Pursuant to stipulation, it is so ordered.

Dated: ~~May~~ August 10 __, 2005

_____
UNITED STATES MAGISTRATE JUDGE



WILLIAMS WALSTON
225 Bush Street, 16th Fl.
Tel: (415) 269-3208
Fax: (415) 474-7108

- 3 -

Stipulation and Proposed Order  Jones v. Déjà Vu, Case No. C-05-0997 BZ