1  EDITH A. THOMAS, ESQ.  SBN: 220820
   214 North Ridge Drive, Suite B, Fallbrook, CA 92028
2  Telephone: (888) 349-3940; Fax: (760) 728-9518
   edithomas1@aol.com
3  Attorneys for Defendant DÉJÀ VU CONSULTING, INC.

4  MICHAEL B. MARGOLIS, ESQ.  SBN: 087785
   LINDA M. TOUTANT, ESQ.  SBN: 158866
5  MARGOLIS & MORIN LLP
   444 South Flower Street, 6th Floor, Los Angeles, CA 90071
6  Telephone: (213) 683-0300; Fax: (213) 683-0303
   margolis@winlaw.com; toutant@winlaw.com
7  Attorneys for Defendants CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU - SAN
   FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S LLC dba
8  ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC dba GARDEN OF EDEN; and
   SAW ENTERTAINMENT LTD. dba LARRY FLYNT'S HUSTLER CLUB
9
   DOUGLAS J. MELTON, ESQ.  SBN: 161353
10 LONG & LEVIT LLP
   465 California Street, Suite 500, San Francisco, CA  94104
11 Telephone: (415) 397-2222; Fax: (415) 397-6392
   dmelton@longlevit.com
12 Attorneys for Defendants DÉJÀ VU SHOWGIRLS OF SAN FRANCISCO LLC dba LITTLE
   DARLINGS; GOLD CLUB – SF LLC dba GOLD CLUB; BIJOU MARKET LLC dba
13 MARKET STREET CINEMA; BIJOU MARKET LLC dba LA GALS; BIJOU CENTURY
   LLC dba NEW CENTURY; and BT CALIFORNIA LLC dba SHOWGIRLS
14

15                          UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

17 KIMBERLY JONES, et al.,                    Case No. **C-05-0997 BZ**

18            Plaintiffs,                    **STIPULATION AND [PROPOSED] ORDER
19                                            RE: SUSPENSION OF LITIGATION
   v.                                        DEADLINES PENDING EXECUTION OF
20                                            SETTLEMENT DOCUMENTS**

21 DÉJÀ VU, INC., et al.,                    Action Filed:  March 9, 2005
22                                            Trial Date:    April 3, 2006
              Defendants.
23

24       WHEREAS the Parties have reached agreement as to the substantive terms of a settlement

25 disposing of all the claims in this action (including those sent to arbitration) and are in the process

26 of preparing a written settlement agreement, it is hereby stipulated by and between all Parties to

27 this litigation, through their respective counsel, that all pending litigation and discovery deadlines,

28

as set forth in the Court's scheduling order, or otherwise dictated by the Federal Rules of Civil Procedure, shall be suspended pending the Parties' report to the Court regarding their progress finalizing settlement documents. Such a report will occur as soon as possible and no later than November 1, 2005.

This stipulation is not entered into for the purpose of delay but rather to preserve judicial resources and avoid unnecessary attorney's fees as the parties work to effectuate the settlement.

In addition, as set forth in Gregory Walston's August 15, 2005 letter to the Court, the Plaintiffs have withdrawn their motion for a preliminary injunction and ask that it be removed from the Court's September 7, 2005 calendar.

IT IS SO STIPULATED:

Dated: August 16, 2005     LONG & LEVIT LLP

By: _____
DOUGLAS J. MELTON
Attorneys for Defendants DEJA VU SHOWGIRLS OF SAN FRANCISCO LLC dba LITTLE DARLINGS; GOLD CLUB - SF LLC dba GOLD CLUB; BIJOU MARKET LLC dba MARKET STREET CINEMA; BIJOU MARKET LLC dba LA GALS; BIJOU CENTURY LLC dba NEW CENTURY; and BT CALIFORNIA LLC dba SHOWGIRLS

Dated: August ___, 2005     LAW OFFICES OF EDITH S. THOMAS

By: _____
EDITH A. THOMAS
Attorneys for Defendant
DEJA VU CONSULTING, INC

DOCS\S0301-035\502411.V1     2     Case No. C 05 0997 BZ

STIPULATION re SUSPENSION OF LITIGATION DEADLINES RE SETTLEMENT

as set forth in the Court's scheduling order, or otherwise dictated by the Federal Rules of Civil Procedure, shall be suspended pending the Parties' report to the Court regarding their progress finalizing settlement documents. Such a report will occur as soon as possible and no later than November 1, 2005.

This stipulation is not entered into for the purpose of delay but rather to preserve judicial resources and avoid unnecessary attorney's fees as the parties work to effectuate the settlement.

In addition, as set forth in Gregory Walston's August 15, 2005 letter to the Court, the Plaintiffs have withdrawn their motion for a preliminary injunction and ask that it be removed from the Court's September 7, 2005 calendar.

IT IS SO STIPULATED:

Dated: August ___, 2005          LONG & LEVIT LLP

                                 By: _____
                                 DOUGLAS J. MELTON
                                 Attorneys for Defendants DEJA VU SHOWGIRLS
                                 OF SAN FRANCISCO LLC dba LITTLE
                                 DARLINGS; GOLD CLUB - SF LLC dba GOLD
                                 CLUB; BIJOU MARKET LLC dba MARKET
                                 STREET CINEMA; BIJOU MARKET LLC dba LA
                                 GALS; BIJOU CENTURY LLC dba NEW
                                 CENTURY; and BT CALIFORNIA LLC dba
                                 SHOWGIRLS

Dated: August 16, 2005           LAW OFFICES OF EDITH S. THOMAS

                                 By: _____
                                 EDITH A. THOMAS
                                 Attorneys for Defendant
                                 DEJA VU CONSULTING, INC

DOCS\S0301-035\502411.V1                     2                          Case No. C 05 0997 BZ
STIPULATION re SUSPENSION OF LITIGATION DEADLINES RE SETTLEMENT

Dated: August 16, 2005          MARGOLIS & MORIN LLP

By: _____
LINDA TOUTANT
Attorneys for Defendants
CHOWDER HOUSE, INC. dba HUNGRY I; DÉJÀ VU- SAN FRANCISCO LLC dba CENTERFOLDS; SAN FRANCISCO ROARING 20'S LLC dba ROARING 20'S; SAN FRANCISCO GARDEN OF EDEN LLC dba GARDEN OF EDEN; and SAW ENTERTAINMENT LTD. dba LARRY FLYNT'S HUSTLER CLUB

Dated: August 15, 2005          WILLIAMS WALSTON LLP

By: _____
GREGORY S. WALSTON
Attorneys for Plaintiffs KIMBERLY JONES, MELISSA LEWIS, and ROES ONE THROUGH NINE

Pursuant to the Stipulation of the Parties, it is so ORDERED.

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 16, 2005          Magistrate Judge Bernard Zimmerman

All pending motion dates are VACATED.

DOCS\S0301-035\502411.V1          3          Case No. C 05 0997 BZ

STIPULATION re SUSPENSION OF LITIGATION DEADLINES RE SETTLEMENT