UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JONES, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> DEJA VU, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C 05-0997 BZ <br><br> **ORDER APPROVING STIPULATION OF DISMISSAL** |

The parties to this lawsuit through respective counsel have notified the court of a settlement.  Because the complaint was filed as a class action, they jointly seek an order approving dismissal of the complaint as required by Rule 23(e).

The present posture of the case is that the only claims left in this court that are susceptible to class treatment are the unfair competition claims.  Having reviewed the settlement agreement, I find that it is a fair and reasonable settlement of those claims.  I also find no evidence that plaintiffs have abused the class action device in conducting or settling the litigation.  Nor do I find any substantial prejudice to

1

1 | members of the purported class if no notice is given.  The
2 | dismissal is without prejudice as to the claims of the
3 | purported class members, and the court is aware of other
4 | litigation in other courts raising similar claims.  Given the
5 | skepticism which I had previously expressed regarding whether
6 | the unfair competition claims were suitable for class
7 | treatment and given the privacy concerns this case presents
8 | that would be implicated in going through the notice process,
9 | I find that this is a settlement that may be approved without
10 | notifying each purported class member.

**IT IS THEREFORE ORDERED** as follows:

1) Pursuant to stipulation, this action is dismissed with prejudice as to the individual claims of plaintiffs Kimberly Jones, Melissa Lewis, and JANE ROES ONE, TWO, THREE, FOUR, SIX and SEVEN and without prejudice as to the putative class claims and their derivative claims.

2) A copy of the settlement agreement shall be filed under seal.

The Clerk shall close the file.

Dated:   November 3, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DEJA VU\ORDER DISMISSING CASE.WPD